# EXHIBIT

# 16




TECHNOLOGY / VEHICLES / SELF DRIVING

# How Tesla is using a supercomputer to train its self-driving tech

Tesla's approach to autonomy is controversial: It relies on just cameras to see and understand the roads.

ROB STUMPF / PUBLISHED JUN 26, 2021 5:00 AM EDT / ADD POPULAR SCIENCE



The supercomputer cluster has 5,760 GPUs—processing power it needs to help power its self-driving aspirations. Tesla

Get the Popular Science daily newsletter

Breakthroughs, discoveries, and DIY tips sent six days a week.

Enter your email SIGN UP

By signing up, you confirm you are 16+, will receive newsletters and promotional content and agree to our Terms of Use and acknowledge the data practices in our Privacy Policy. You may unsubscribe at any time.

You can't buy a fully self-driving car today, but automakers around the globe are racing to become the first company to place such a vehicle on dealer lots. No two companies are taking the same technological path to achieve this plan, either. Some make use of remote sensing methods like Light Detection and Ranging (LiDAR), while others rely on radar-based sensors to help pick out hard-to-see obstacles in the roadway. And typically, firms working on autonomous tech will use a combination of LiDAR, radar, and cameras.

Then there's Tesla, which believes vision-based image recognition using only cameras is the key to affordable and reliable autonomy.

ADVERTISEMENT

Trending



BIRDS

Outside eagle spotted on Jackie and Shadow's nest

LAURA BAISAS



BEARS

Why do mother bears kill cubs? The answer is complicated.

JENNIFER BYRNE

ADVERTISEMENT

But there's a catch to Tesla's method: perfecting vision-based autonomy is difficult. It requires the use of a continuously improving system that can quickly adapt to new and changing road conditions, and then it must be capable of sharing that information with other vehicles on the roadway. That kind of learning takes significantly more processing power than what is available in a single vehicle—it takes a supercomputer.

**[Related: Everything self-driving cars calculate before changing lanes]**

During a talk at the International Joint Conference on Computer Vision and Pattern Recognition earlier this month, Tesla's senior director of AI, Andrej Karpathy, revealed that the automaker has been working on a project to do exactly that.

Tesla's new supercomputer hasn't been named, at least not publicly. The cluster itself consists of 720 individual computers called nodes. Each node has eight Nvidia A100 80GB Graphics Processing Units (GPUs) capable of performing high-intensity floating point calculations with nearly 500 times as much power compared to a standard desktop processor.

In total, the cluster has 5,760 GPUs, or enough hardware to achieve an insane 1.8 exaflops of processing power. Karpathy believes this makes Tesla's supercomputer the fifth most powerful computing environment in the entire world, at least on paper.

Modern Teslas utilize an advanced driver assistance system called Autopilot. This suite of features allows the vehicle to make use of eight exterior-facing cameras to gather data about the vehicle's surroundings and, when engaged and where applicable, performs lateral (steering) and longitudinal (acceleration and braking) controls under driver supervision. While this shouldn't be confused with Waymo's advanced self-driving, it is an interim step that uses partial automation to bridge the gap between manual driving and fully autonomous control.

ADVERTISEMENT




**[Related: How Waymo is teaching self-driving cars to deal with the chaos of parking lots]**

Autopilot uses information gathered from all Tesla vehicles on the road to improve its driving decisions. As a Tesla steers along the street, its exterior cameras are constantly gathering data on the outside environment. Computers within the car study this data and make predictions of how to behave in any given scenario without actually sending controls to the vehicle itself.

This information is shared on a machine learning architecture called a neural network. The predictions are then recorded and sent back to Tesla to determine if the decision was correct or if any data was misidentified. If it was, then the data then continually runs through the supercomputer tweaking its behavior until it processes without a mistake, effectively training Tesla's ever-improving Autopilot model.

**[Related: Intel's new chip puts a teraflop in your desktop. Here's what that means]**

This method not only consumes a large amount of processing power, but it also requires significant storage in order to stockpile the one million 10-second clips used to make up the proprietary Tesla dataset training for

Autopilot. These clips alone require 1.5 petabytes of storage, whereas the system itself is capable of hoarding approximately 10 petabytes of data on ultra-fast NVMe flash storage.

Relatedly, Tesla CEO Elon Musk has previously teased "Project Dojo," a supercomputer built on proprietary Tesla silicon specifically architectured for neural net model training. Musk noted that establishing high speed communication between components and efficient cooling was an ongoing challenge in late 2020, though the project was ongoing.

ADVERTISEMENT

Because Karpathy's cluster uses Nvidia-based GPUs, it doesn't appear to be affiliated with Project Dojo. However, it still plays an important role in Tesla's ultimate goal of being the first automaker capable of a fully self-driving vehicle on public roads.

Tesla's rather ambitious goal has been met with quite a bit of skepticism by industry leaders and naysayers of vision-only vehicle autonomy, especially since the automaker rejected the use of ultra-precision LiDAR as part of its autonomy suite.

**[Related: This supercomputer will perform 1,000,000,000,000,000,000 operations per second]**

No Tesla vehicle on the road today makes use of LiDAR. In fact, Elon Musk called LiDAR a "crutch" in 2018, denouncing the technology in favor of Tesla's own vision-based system before doing away with supplemental radars earlier this year. That decision alone cost Tesla safety endorsements from the National Highway Traffic Safety Administration.

Meanwhile, Volvo has chosen to implement LiDAR as a standard feature on the upcoming successor to its XC90 SUV.

As for Tesla, its current-generation supercomputer will help to train its Autopilot model, and its upcoming Project Dojo likely even moreso. But only time will tell if its vision-based technology will prevail over competitors, meaning that it's a gambit that could make or break its position as a leader in the autonomy segment.




2026 Popular Science Home of the Future Awards

39 products that will improve your everyday life.

SEE IT



ROB STUMPF

Contributor, Tech

Rob has been covering emerging car tech for PopSci since 2021, and the automotive beat for its motoring-focused sibling publication, The Drive, since early 2017. He brings both a tech and automotive background to his work about what the future of mobility holds.

## More in Self Driving



SELF DRIVING

**Teslas keep hitting emergency vehicles, and now the government is investigating**

ROB VERGER



SELF DRIVING

**The new Mission Master XT is a massive military self-driving pack mule**

KELSEY D. ATHERTON



ELECTRIC VEHICLES

**We're getting closer to a world filled with self-parking cars**

ROB STUMPF



SELF DRIVING

**What we know so far about the fatal Tesla crash in Paris**

COLLEEN HAGERTY



SELF DRIVING

**The 6 terms you need to know to understand self-driving cars**

DAN CARNEY



ELECTRIC VEHICLES

**The government is investigating why Tesla drivers can play solitaire at the wheel**

COLLEEN HAGERTY



SELF DRIVING

**Tesla caps off a tumultuous year with a massive recall**

CHARLOTTE HU



SELF DRIVING

**'Autopilot' systems in cars are finally getting graded on safety**

ROB STUMPF

SEE MORE

## More in Vehicles



ELECTRIC VEHICLES

**Volvo's sleek electric car concept has big Ikea vibes**

ROB STUMPF



ELECTRIC VEHICLES

**Tesla's new adapter will let other car companies use its Fast Charging stations**

ROB STUMPF



ELECTRIC VEHICLES

**GM is recalling all its Bolts, but there's no need to panic about EV safety**

ROB VERGER



ELECTRIC VEHICLES

**These are the most useless car tech features**

ROB STUMPF



ELECTRIC VEHICLES

**The Tesla Model S 'Plaid' will go from 0-60 with record-breaking acceleration**

ROB VERGER



ELECTRIC VEHICLES

**Tesla's new battery tech promises a road to a cheap self-driving electric car**

STAN HORACZEK



SELF DRIVING

**Self-driving cars still have major perception problems**

YULONG CAO & Z. MORLEY MAO/THE CONVERSATION



ELECTRIC VEHICLES

**This company plans to build a self-driving car with a brain that runs on light**

ROB VERGER

SEE MORE

## More in Technology



AI

**Tesla wants to make humanoid robots. Here's their competition.**

CHARLOTTE HU



DRONES

**Elvis (the helicopter) is cheating death by becoming a drone**

KELSEY D. ATHERTON



TECHNOLOGY

**Director Of FBI Addresses Congress About San Bernardino iPhone**

XAVIER HARDING



TECHNOLOGY

**Your McDonald's Happy Meal Box Is Now A Virtual Reality Headset**

CARL FRANZEN



CANCER

**Here's How Virtual Reality Could Help Doctors Treat Cancer**

ALEXANDRA OSSOLA



TECHNOLOGY

**Feed Your 3D Printer Recycled Plastic**

XAVIER HARDING




WEAPONS

**Burn After Shooting: Army Employees Patent Self-Destructing Bullets**

KELSEY D. ATHERTON



TECHNOLOGY

**This Is The Defining Photo Of Virtual Reality (So Far)**

CARL FRANZEN

SEE MORE

POPULAR SCIENCE

**Get the Popular Science daily newsletter** 💡

Breakthroughs, discoveries, and DIY tips sent six days a week.

Enter your email

SIGN UP

By signing up, you confirm you are 16+, will receive newsletters and promotional content and agree to our Terms of Use and acknowledge the data practices in our Privacy Policy. You may unsubscribe at any time.

EDITORIAL STANDARDS | HOW WE TEST AND REVIEW PRODUCTS | ABOUT US | CONTACT US

TV CHANNEL | PRIVACY POLICY | TERMS OF USE | AFFILIATE DISCLOSURE | SITEMAP

DISCLAIMER(S)

ARTICLES MAY CONTAIN AFFILIATE LINKS WHICH ENABLE US TO SHARE IN THE REVENUE OF ANY PURCHASES MADE. REGISTRATION ON OR USE OF THIS SITE CONSTITUTES ACCEPTANCE OF OUR TERMS OF SERVICE.

© 2026 ZIFF DAVIS. ALL RIGHTS RESERVED.

WITHDRAW CONSENT / MANAGE PRIVACY PREFERENCES

DO NOT SELL MY PERSONAL INFORMATION

SCIENCE
TECHNOLOGY
ENVIRONMENT
DIY
GEAR
MERCH
SHOP