# EXHIBIT

# 17

# Build your Career at Tesla



14 Results Clear Filters (5)

Search by role or keyword

Job Category
Energy - Solar & Storage

Job Type
- Select -

Region
North America

Location
United States of America

State
Texas

City Search by ZIP Code
Austin

## Field Service Technician, Utility
Energy - Solar & Storage · Full-Time Austin, Texas
Learn More

## Field Service Technician, Crew Based, Commercial
Energy - Solar & Storage · Full-Time Austin, Texas
Learn More

## Licensed Journeyman Electrician, Commercial Self Perform
Energy - Solar & Storage · Full-Time Austin, Texas
Learn More

## Construction Manager, Energy Projects
Energy - Solar & Storage · Part-Time Austin, Texas
Learn More

## Excavator Operator, Commercial Self Perform
Energy - Solar & Storage · Full-Time Austin, Texas
Learn More

## Carpenter & Concrete Finisher, Commercial Self Perform
Energy - Solar & Storage · Full-Time Austin, Texas
Learn More

## Technical Support Engineer, Commercial Charging
Energy - Solar & Storage · Full-Time Austin, Texas
Learn More