# EXHIBIT

# 17

# Build your Career at Tesla



14 Results
Clear Filters (5)

Search by role or keyword

Job Category
Energy - Solar & Storage

Job Type
- Select -

Region
North America

Location
United States of America

State
Texas

City
Search by ZIP Code
Austin

**Field Service Technician, Utility**
Energy - Solar & Storage · Full-Time · Austin, Texas
Learn More

**Field Service Technician, Crew Based, Commercial**
Energy - Solar & Storage · Full-Time · Austin, Texas
Learn More

**Licensed Journeyman Electrician, Commercial Self Perform**
Energy - Solar & Storage · Full-Time · Austin, Texas
Learn More

**Construction Manager, Energy Projects**
Energy - Solar & Storage · Part-Time · Austin, Texas
Learn More

**Excavator Operator, Commercial Self Perform**
Energy - Solar & Storage · Full-Time · Austin, Texas
Learn More

**Carpenter & Concrete Finisher, Commercial Self Perform**
Energy - Solar & Storage · Full-Time · Austin, Texas
Learn More

**Technical Support Engineer, Commercial Charging**
Energy - Solar & Storage · Full-Time · Austin, Texas
Learn More