# EXHIBIT

# 19

# Gigafactory

Austin, Texas



## Join Us at Our Global Headquarters

Covering 2,500 acres along the Colorado River with over 10 million square feet of factory floor, Gigafactory Texas is a U.S. manufacturing hub for Model Y and the home of Cybertruck.

It doesn't matter where you come from, where you went to school or what industry you're in—we're hiring individuals of all levels. If you've done exceptional work, join us in solving the next generation of engineering, manufacturing and operational challenges.

View Jobs



### Manufacturing

Producing vehicles quickly, efficiently and safely is one of the biggest challenges our Manufacturing team faces. Implement manufacturing processes that evolve to meet rising global demand.

#### Supervisor

Apply to lead a motivated team of individuals who are responsible for achieving our ambitious quality and production goals.

#### Technician

Apply to improve the devices, equipment and systems that are critical to the efficiency of our production lines.

#### Production Associate

Apply to work across all areas of the vehicle manufacturing process—on-the-job training provided, no prior experience required.




### Engineering

From powerful battery systems to in-car technology, our Engineering team is developing new processes, equipment and tooling to help us shape the future of sustainable transportation. Create the next Cybertruck or continue to improve our current vehicle lineup.

Learn more about Tesla battery cell development and apply for open positions to join our Cell team.