**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| NEURAL AI, LLC,<br><br>Petitioner,<br><br>v.<br><br>TESLA, INC.,<br><br>Respondent. | Misc. Case No. 7:26-mc-00318-DC<br><br>Principal case pending in Western District of Texas, Civil Action No. 7:24-cv-00221-LS-DTG |

**[PROPOSED] ORDER ON PETITIONER'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA SERVED ON THIRD-PARTY TESLA, INC.**

Before the Court is Petitioner Neural AI, LLC's Motion to Compel Compliance with Subpoena Served on Third-Party Tesla, Inc. Having considered the Motion, the responses and objections thereto, and the applicable law, the Court finds that the Motion should be and hereby is GRANTED.

IT IS THEREFORE ORDERED that Third-Party Tesla, Inc. shall produce nonprivileged documents responsive to Requests for Production Nos. 1–12 on a rolling basis, with production to begin within seven (7) days of the date of this Order and be completed within twenty-one (21) days of this Order.

IT IS FURTHER ORDERED that Third-Party Tesla, Inc. shall designate and produce a knowledgeable witness for deposition testimony on Deposition Topics 1–5 within thirty (30) days of the date of this Order.

**SO ORDERED: this _____ day of ____________________, 2026.**

______________________________
United States District Judge