**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

NEURAL AI, LLC,

Petitioner,

v.

TESLA, INC.,

Respondent.

Misc. Case No. 7:26-mc-00318-LS

**[PROPOSED] ORDER DENYING NEURAL AI, LLC'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA SERVED ON THIRD-PARTY TESLA, INC. AND GRANTING TESLA, INC.'S CROSS MOTION TO QUASH NEURAL AI, LLC'S SUBPOENAS**

Before the Court is Neural AI, LLC's Motion to Compel Compliance with Subpoena Served on Third-Party Tesla, Inc. ("Motion") and Tesla's Cross Motion to Quash Neural AI LLC's Subpoenas ("Cross Motion"). Having considered the parties' briefing, relevant facts, and applicable law, the Court finds that Neural AI's Motion should be and hereby is DENIED and Tesla's Cross Motion should be and hereby is GRANTED.

IT IS FURTHER ORDERED that Neural AI's subpoena to produce documents and subpoena to testify at a deposition served on Tesla are QUASHED.

SO ORDERED: this ____ day of ___________, 2026

______________________________
United States District Judge