# EXHIBIT

# A

**Subject:** Activity in Case 7:26-mc-00318-DC Neural AI, LLC v. Tesla Inc. Deficiency Notice
**Date:** Tuesday, August 18, 2026 at 12:15:01 PM Pacific Daylight Time
**From:** TXW_USDC_Notice@txwd.uscourts.gov
**To:** cmecf_notices@txwd.uscourts.gov

EXTERNAL Email

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court [LIVE]**

**Western District of Texas**

## Notice of Electronic Filing

The following transaction was entered on 8/18/2026 at 2:13 PM CDT and filed on 8/18/2026

**Case Name:** Neural AI, LLC v. Tesla Inc.
**Case Number:** 7:26-mc-00318-DC
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**DEFICIENCY NOTICE: re [1] MOTION to Compel *Compliance with Subpoena Served on Third-Party Tesla, Inc.* (Reason for deficiency, i.e. Header does not read Midland/Odessa Division). Please correct and refile. In the docket text, type Corrected Motion to Compel. This deficient document will not be forwarded to the assigned judge forconsideration. (ktm)**

**7:26-mc-00318-DC Notice has been electronically mailed to:**

Brian D. Melton bmelton@susmangodfrey.com, ecf-4748d80593a6@ecf.pacerpro.com, haley-gratzer-0160@ecf.pacerpro.com

Max L. Tribble , Jr mtribble@susmangodfrey.com, kspeedy@susmangodfrey.com, sschulze@susmangodfrey.com

Rocco Magni rmagni@susmangodfrey.com, rachel-solis-3173@ecf.pacerpro.com,

rocco-magni-susman-godfrey-9847@ecf.pacerpro.com, rsolis@susmangodfrey.com

Tanner H. Laiche tlaiche@susmangodfrey.com, tdenio@susmangodfrey.com

**7:26-mc-00318-DC Notice has been delivered by other means to:**